**784**

**Daniel MEISTER, Trustee in Bankruptcy of the Estate of Samuel Heft, Plaintiff-Appellee,**

v.

**Samuel HEFT and Evelyn Heft, Defendants-Appellants.**

No. 15, Docket 35392.

United States Court of Appeals,

Second Circuit.

Argued Sept. 14, 1971.

Decided Sept. 15, 1971.

Joseph Calderon, New York City, for defendants-appellants.

Harry M. Lessin, Norwalk, Conn., for plaintiff-appellee.

Before KAUFMAN, ANDERSON and FEINBERG, Circuit Judges.

PER CURIAM:

We affirmed in open court the dismissal of appellants' counterclaims on the basis of Judge Judd's opinion below.

**Clarence TATE, Jr. Petitioner-Appellant,**

v.

**J. J. CLARK, Warden et al., Respondents-Appellees.**

No. 71–1858.

United States Court of Appeals, Fifth Circuit.

Sept. 24, 1971.

Clarence Tate, Jr., pro se.

John W. Stokes, Jr., U. S. Atty., Beverly B. Bates, Asst. U. S. Atty., Atlanta, Ga., for respondents-appellees.

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

BY THE COURT:

It is ordered that the order of the District Court dismissing appellant's complaint is hereby vacated; and the cause is hereby remanded to the United States District Court for the Northern District of Georgia for reconsideration in light of the Supreme Court's decision in Griffin v. Breckenridge, 1971, 403 U.S. 88, 91 S.Ct. 1790, 29 L.Ed.2d 338.